George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Keith White*

Brian Elliott, Esq.
Nevada Bar No. 11115
Robin Shofner, Esq.
Nevada Bar No. 13758
**SCALE LLP**
548 Market Street, STE 86147
San Francisco, CA 94104-5401
Phone: (415) 735-5933
Email: rshofner@scalefirm.com
*Attorneys for Defendant*
*Wheels Financial Group, LLC*
*dba LoanMart*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith White,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; LoanMart; Synchrony Financial and Webbank,<br><br>Defendants. | Case No. 2:24-c-v-00533<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** |

1  Pursuant to LR IA 6-1, Plaintiff Keith White and Defendant Wheels Financial Group, LLC dba LoanMart ("LoanMart") (collectively, the "Parties") respectfully stipulate that LoanMart's time to respond to the Complaint be extended from the current deadline of April 12, 2024 to and including April 29, 2024. This is the first stipulation for an extension of time to file LoanMart's responsive pleading.

Good cause exists to enlarge the time for LoanMart to respond to the Complaint. The Parties are currently engaged in settlement negotiations. As such, additional time is required to meet and confer regarding settlement, and doing so will conserve judicial resources.

The Parties' request is made in good faith to enable the Parties' to attempt to resolve this matter. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that LoanMart shall have until April 29, 2024 to answer, move, or otherwise respond to the Complaint.

DATED:  April 11, 2024                    Respectfully submitted,

By:     / s/ Gerardo Avalos
        Gerardo Avalos
        FREEDOM LAW FIRM, LLC
        8985 South Eastern Ave., Suite 100
        Las Vegas, NV 89123
        Phone: (702) 880-5554
        FAX: (702) 385-5518
        Email: info@freedomlegalteam.com

        *Attorneys for Plaintiff*

By:     /s/ Brian Elliott
        Brian Elliott
        SCALE LLP
        548 Market Street, STE 86147
        San Francisco, CA 94104-5401
        Phone: (415) 735-5933
        *Attorneys for Defendant*
        *Wheels Financial Group, LLC*
        *dba LoanMart*

IT IS SO ORDERED.
Dated:  April 15, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge