Diana Dickinson, Esq.
Nevada Bar No. 13477
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
ddickinson@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Keith White,

          Plaintiff,

   v.

Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com, LLC; LoanMart; Synchrony Financial and WebBank,

          Defendants.

Case No. 2:24-cv-00533-JCM-NJK

**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

      Plaintiff KEITH WHITE ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 12, 2024, up to and including **May 3, 2024.**

      The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 12, 2024

Respectfully submitted,

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
KEITH WHITE

Dated: April 12, 2024

Respectfully submitted,

*/s/ Diana G. Dickinson*
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: April 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

4870-2209-7078.1 / 107811-1036

LITTLER MENDELSON
P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

2