Diana Dickinson, Esq.
Nevada Bar No. 13477
Andrew S. Clark, Esq.
Nevada Bar No. 14854
Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
ddickinson@littler.com
asclark@littler.com

Attorneys for Defendant
BACKGROUNDCHECKS.COM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Keith White,<br><br>    Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com, LLC; LoanMart; Synchrony Financial and WebBank,<br><br>    Defendants. | Case No. 2:24-cv-00533-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff KEITH WHITE ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of May 3, 2024, up to and including **June 3, 2024.**

This is the second request for an extension of time to respond to the Complaint.  The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter.  The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 2, 2024

Respectfully submitted,

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM, LLC

*Attorneys for Plaintiff*
KEITH WHITE

Dated: May 2, 2024

Respectfully submitted,

/s/ Andrew S. Clark
Diana G. Dickinson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

Dated: May 3, 2024

_____
United States Magistrate Judge

4884-2782-1241.1 / 107811-1036