1  George Haines, Esq.
2  Nevada Bar No.: 9411
   Gerardo Avalos, Esq.
3  Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
   8985 S. Eastern Ave., Suite 100
5  Las Vegas, Nevada 89123
6  (702) 880-5554
   (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Keith White*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith White, | Case No.: 2:24-cv-00533 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of WebBank with prejudice.** |
| Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; LoanMart; Synchrony Financial and WebBank, | |
| Defendants. | |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Keith White and WebBank stipulate to dismiss Plaintiff's claims against WebBank with prejudice.

///

///

///

_____

STIPULATION                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 10, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Keith White*

**MESSNER REEVES LLP**

/s/ *Karie N. Wilson*
Karie N. Wilson, Esq.
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Counsel for WebBank*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 13, 2024