George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Keith White*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith White,<br><br>                    Plaintiff,<br><br>        v.<br><br>Experian Information Solutions, Inc.;<br>National Consumer Telecom & Utilities<br>Exchange, Inc.; Innovis Data Solutions,<br>Inc.; Clarity Services, Inc.;<br>Backgroundchecks.com LLC;<br>LoanMart; Synchrony Financial and<br>WebBank,<br><br>                    Defendants. | Case No.: 2:24-cv-00533<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Keith White and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///

///

_____

STIPULATION                    - 1 -

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: November 25, 2024.

3

**FREEDOM LAW FIRM**

4

5    /s/ *George Haines*

George Haines, Esq.

6    Gerardo Avalos, Esq.

7    8985 S. Eastern Ave., Suite 100

Las Vegas, Nevada 89123

8    *Counsel for Plaintiff Keith White*

9

10    **CLARK HILL PLLC**

11    /s/ *Gia N. Marina*

12    Gia N. Marina, Esq.

Clark Hill PLLC

13    1700 S. Pavilion Center Drive, Suite 500

14    Las Vegas, NV 89135

*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

15

16                                        IT IS SO ORDERED:

17

18    _____

19                                        UNITES STATES DISTRICT JUDGE

20                                        DATED:_ December 2, 2024 _____

21

22

23

24

25

26

27

_____

STIPULATION                        - 2 -