UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH WHITE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00533-JCM-NJK<br><br>**Order** |

Attorneys George Haines and Gerardo Avalos flood this court with Fair Credit Reporting Act cases. Attorney Haines and Attorney Avalos have a lengthy history of failing to pay attention to the cases that they file, resulting in numerous orders to show cause and numerous admonitions. *See, e.g.*, *Threats v. Trans Union, LLC*, Case No. 2:25-cv-00357-CDS-NJK, Docket No. 22 (D. Nev. May 6, 2025). Despite repeated assurances that Attorney Haines and Attorney Avalos will correct course, they continue to drop the ball. Attorney Haines and Attorney Avalos are again **CAUTIONED** that they may be sanctioned or reported to the state bar if they continue to engage in this conduct. The pending order to show cause is otherwise **DISCHARGED**.

Dismissal papers for Clarity must be filed by September 2, 2025.

IT IS SO ORDERED.

Dated: August 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1